UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO: 3:20-cv-1119-J-32JBT

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 2637 145th ROAD,
SUWANNEE, FL 32060

    Defendant.
_____/
[OWNER OF RECORD: JEFFREY A. SIEGMEISTER and JAMIE SIEGMEISTER, husband and wife

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on September 30, 2020, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **2637 145th Road, Suwannee, Florida**, being the same premises conveyed to Jeffrey A. Siegmeister and Jamie Siegmeister, husband and wife, on June 17, 2015, and recorded on June 18, 2015, in Suwannee County, FL

OR 1868, PG 257, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

    a)    The N½ of NE¼ of SE¼ of Section 18, Township 1 South, Range 13 East, Suwannee County, Florida;

           AND

    b)    The SW¼ of NE¼ and the North 330 feet of the NW¼ of SE¼ of Section 18, Township 1 South, Range 13 East, Suwannee County, Florida.

Parcel Identification Number: 0467500-3000.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A). Further information concerning this action may be obtained from the records of the Office of the Clerk, United States District Court, Middle District of Florida, Jacksonville Division, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202-4270.

Dated: October 1, 2020                    Respectfully Submitted,

                                                MARIA CHAPA LOPEZ
                                                United States Attorney

                        By:    *s/ Bonnie A. Glober*
                                BONNIE A. GLOBER
                                Assistant United States Attorney
                                Florida Bar No 0748307
                                300 N. Hogan Street, Suite 700
                                Jacksonville, Florida 32202
                                Telephone: (904) 301-6300
                                Email:bonnie.glober@usdoj.gov