UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                        CASE NO: 3:20-cv-1119-J-32JBT

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 2637 145th ROAD,
SUWANNEE, FL 32060

     Defendant.

_____/

**<u>UNITED STATES' MOTION TO AMEND CASE CAPTION</u>**

The United States moves as follows to amend the caption of this case:

The United States filed its Verified Complaint for Forfeiture In Rem on September 30, 2020 against the Defendant Property.  The Verified Complaint described the Defendant Property, as located in Suwannee County, Florida, in the Middle District of Florida and further described as:

    a)    The N½ of NE¼ of SE¼ of Section 18, Township 1 South, Range 13 East, Suwannee County, Florida;

           AND

    b)    The SW¼ of NE¼ and the North 330 feet of the NW¼ of SE¼ of Section 18, Township 1 South, Range 13 East, Suwannee County, Florida.

    Parcel Identification Number: 0467500-3000.

The caption of the Verified Complaint states the address of that parcel as 2637 145th Road, Suwanee, FL 32060 but should be corrected to 2637 145th Road, Live Oak, Suwanee County, Florida 32060.  Notice of this forfeiture action has been posted on the Defendant Property.   The United States has not yet sent direct notice to individuals who may have a 3rd party interest.

Although the legal description of the Defendant Property is correct in the body of the Verified Complaint, the United States respectfully requests the caption be amended in the Verified Complaint and throughout the court docket to avoid any confusion with description of the Defendant Property.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney
Florida Bar No 0748307
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Email:bonnie.glober@usdoj.gov